Kenneth Earl ROBINSON,
Plaintiff–Appellant,

v.

Grady J. HAYNES; Lynn Henry; Janet Powell, Defendants–Appellees.

No. 10–6616.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Kenneth Earl Robinson, Appellant Pro Se. Oliver Gray Wheeler, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Earl Robinson appeals the district court's order granting Defendant's motion for injunctive relief in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Haynes,* No. 5:09–ct–03005–FL (E.D.N.C. Apr. 16, 2010). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*